— Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ. [See 211 App. Div. 869.]

PAUL WEISBART, Appellant, v. MICHAEL ARON, Respondent. (Action No. 1.) — Judgment dismissing complaint unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

PAUL WEISBART, Appellant, v. MICHAEL ARON, Respondent. (Action No. 2.) — Judgment dismissing complaint unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

CLARA WESTMAN, Appellant, v. CHARLES A. STONEHAM and Another, Copartners, etc., Respondents, Impleaded with Others, Defendants.— Order granting motion to require plaintiff to separately state and number causes of action reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We think the complaint states but one cause of action, viz., for conversion. That was the only question before the court on this motion. This decision is also in conformity with *Harford* v. *Stoneham, Duncan* v. *Stoneham,* and *Rutledge* v. *Stoneham* (211 App. Div. 842), where this court, in the First Department, on December 5, 1924, affirmed orders of the Special Term, Delehanty, J., denying *inter alia* defendant's motion to compel plaintiffs to separately state and number causes of action set forth in complaints similar to that before us in this case. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

JAMES WILSON, Respondent, v. LILLIAN WILSON and Another, Appellants.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

GEORGE GRAY ZABRISKIE, as Trustee in Bankruptcy of HOOVEN SERVICE, INC., Appellant, v. MARGUERITE T. HOOVEN and Others, Respondents.— Judgment and order dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

JENNIE BERKOWITZ, Respondent, v. HARRY DAM, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

MARY L. BIRCH, Respondent, v. CHARLES E. BIRCH, Individually and as Executor, etc., of JOHN BIRCH, Deceased, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

BUCK & HICKMAN, LTD., Respondent, v. ELLERMAN & BUCKNALL STEAMSHIP COMPANY, LTD., Appellant, Impleaded with Others, Defendants.— The proof in this case clearly shows that no bill of lading was ever delivered to plaintiff by the defendant. Plaintiff's property was given to defendant, appellant, for shipment, but in fact was never shipped. Defendant acknowledged having received the merchandise, and the only voucher issued to plaintiff was a simple dock receipt for the goods. The merchandise was to be held safely on the dock of defendant awaiting the arrival of a steamer; the property, while in defendant's custody and possession, was lost, was not produced on demand therefor, and no satisfactory explanation was made of the failure to produce the property. Under these circumstances there would seem to be no question as to the liability of defendant for the value of the goods at the time and place of delivery. Judgment unanimously affirmed, with costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

HAROLD G. D. CORNEY, as Administrator, etc., of HAROLD F. CORNEY, Deceased,